# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAD LEE PRUETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-11-1361-F |
| | ) |
| JUSTIN JONES, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner has now paid the filing fee (receipt, doc. no. 6), per the finding in the Magistrate Judge's Report and Recommendation (doc. no. 5) that he had sufficient means to do so. Accordingly, the Magistrate Judge's Report and Recommendation is **ADOPTED**, although the issues covered in that Report are moot. This action is referred back to the Magistrate Judge for all purposes consistent with the original referral.

Dated this 28th day of November, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1361p001.wpd